# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141430(30)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

THADDEUS MARCELL WILLIAMS,
     Defendant-Appellant.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141430
COA: 295546
Wayne CC: 07-007377-FC

On order of the Court, the motion for reconsideration of this Court's September 9, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

d1213

             Clerk